IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 01842 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 28 2008

GREGORY C. LANGHAM
CLERK

WILLIAM EUGENE ROSE,

    Plaintiff,

v.

TERRY MAKETA, is sued in his individual and official capacity,
BRAD SHANNON, is sued in his individual and official capacity,
DETECTIVE DAY, is sued in his individual and official capacity,
JANE DOE (1), is sued in her individual and official capacity,
JOHN DOE (1), is sued in his individual and official capacity,
CITY OF COLORADO SPRINGS, CO., is sued in it's individual and official capacity,
COUNTY OF EL PASO, COLORADO, is sued in it's individual and official capacity,
JANE DOE (2), is sued in her capacity as a private citizen, and
JOHN DOE (2) is sued in his capacity as a private citizen,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Plaintiff William Eugene Rose has submitted a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted complaint is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Plaintiff also has tendered the $350.00 filing fee. The clerk of the court will be directed to mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 26th day of August, 2008.

BY THE COURT:

_/s/ Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '08-CV-01842

William Eugene Rose
Prisoner No. A00184652
El Paso County Det. Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER, and a receipt for the full $350.00 filing fee** to the above-named individuals on  8/28/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk